Grafton,       }
June 7, 1904.  }

## CANAAN v. AVERY.

The presumption of legitimacy which attaches to a child begotten while husband and wife are living in wedlock cannot be rebutted by proof of the latter's adultery during the period of gestation.

ACTION, to recover for aid furnished to the defendant's minor son. The defendant, who lived with his wife for two months after the child was begotten, offered to show that his wife was guilty of adultery during the period of gestation. The evidence was excluded, and the defendant excepted. Transferred from the February term, 1904, of the superior court by *Stone,* J.

*Frank B. Clarke* and *George W. Stone,* for the plaintiffs.

*Samuel B. Page,* for the defendant.

YOUNG, J. The fact the defendant offered to show was collateral to the issue, and its exclusion raises no question of law.

All children begotten while their parents are living together as man and wife are presumed to be legitimate, and this presumption cannot be rebutted by showing that the wife was guilty of adultery during the period of gestation. *Parker* v. *Way*, 15 N. H. 45 ; *Hemmenway* v. *Towner*, 1 Allen 209 ; *Cross* v. *Cross*, 3 Paige 139, —23 Am. Dec. 778 ; *Rex* v. *Luffe*, 8 East 193.

*Exception overruled.*

All concurred.